

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00373-CR

Hector **RIVERA** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2019CRB000096D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 7, 2023.

Beth Watkins, Justice